# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: : | |
| : | |
| LENWARD C. HOOD, : | Case No. 09-2-1980-PM |
| : | Chapter 13 |
| Debtor. : | |
| : | |

**TRUSTEE'S OBJECTION TO DEBTOR'S EXEMPTIONS
BASED ON TENANCY BY THE ENTIRETIES**

_____

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee"), pursuant to section 522(l) of the Bankruptcy Code and Bankruptcy Rule 4003(b), objects to the exemptions claimed by the Debtor on Schedule C.

The Debtor claims a tenancy by the entireties exemption in the realty located at 12019 Aten Street, Ft. Washington, Maryland. The Maryland SDAT website reflects that Debtor transferred the property from himself to the tenancy for no consideration on September 25, 2008. The transfer is facially voidable.

WHEREFORE, the Trustee prays that the Court disallow the Debtor's exemptions as scheduled.

Respectfully submitted,

August 13, 2009        /s/ Timothy P. Branigan
                       Timothy P. Branigan (Fed. Bar No. 06295)
                       Chapter 13 Trustee
                       P.O. Box 1902
                       Laurel, Maryland  20725-1902
                       (301) 483-9118
                       cmecf@chapter13maryland.com

PLEASE NOTE THAT, WITHIN THIRTY (30) DAYS OF SERVICE OF THIS OBJECTION, YOU MUST FILE AND SERVE A RESPONSE OPPOSING THE OBJECTION

- 2 -

AND REQUEST A HEARING, IF DESIRED.  IF YOU DO NOT FILE AND SERVE A RESPONSE, THE COURT MAY, IN ITS DISCRETION, HOLD A HEARING OR DISALLOW THE EXEMPTIONS.

**Certificate of Service of Objection to Exemptions**

I hereby certify that, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the pleading referenced above to be sent on August 14, 2009 by first-class U.S. mail, postage prepaid to:

| | |
|---|---|
| Lenward Hood | Sharon DeBerry, Esq. |
| 12010 Autumnwood Lane | 9200 Basil Court, #550 |
| Ft. Washington, MD  20774 | Largo, MD  20774 |

              /s/ Timothy P. Branigan
            Timothy P. Branigan (Fed. Bar No. 06295)

- 2 -